**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KSENIIA PETROVA,<br><br>Plaintiff,<br>v.<br><br>JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services,<br><br>CARRIE M. SELBY, Associate Director, Service Center Operations, U.S. Citizenship and Immigration Services,<br><br>Defendants. | Civil Action No. 1:26-13023-WGY |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants respectfully move this Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time, to November 2, 2026, to file a response to the Complaint filed by Plaintiff Kseniia Petrova ("Plaintiff"). Plaintiff assents to this Motion.

On June 30, 2026, Plaintiff filed a Complaint for Judicial Review under the Administrative Procedure Act ("Complaint"). The Complaint was served on the U.S. Attorney's Office for the District of Massachusetts on July 6, 2026. On October 28, 2026, Defendants filed an assented to motion seeking an extension to October 19, 2026, to respond to Plaintiff's Complaint. Doc. 5. This Court granted the assented-to motion. Doc. 6.

This week, United States Citizenship and Immigration Services ("USCIS") issued a Notice of Intent to Deny ("NOID"), which seeks additional information for its review and vetting of Plaintiff's I-140 Immigration Petition. Plaintiff has until October 19, 2026, to submit documents responsive to the NOID to USCIS – the same date by which Defendants must respond to Plaintiff's

Complaint. Once the agency receives Plaintiff's documents, USCIS will require additional time to review Plaintiff's response and adjudicate the matter.

Therefore, Defendants respectfully request that this Court grant this motion and allow Defendants to file its Answer or other response to Plaintiff's Complaint no later than November 2, 2026. Plaintiff assents to this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Olivia Benjamin
Olivia Benjamin
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3302
Olivia.Benjamin@usdoj.gov

Dated: September 28, 2026

## LOCAL RULE 7.1 CERTIFICATION

I, Olivia Benjamin, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiff in a good faith attempt to narrow or resolve the issues raised by this motion, and Plaintiff assents to the relief requested.

Dated: September 28, 2026 By: /s/ Olivia Benjamin
Olivia Benjamin
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Olivia Benjamin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 28, 2026 By: /s/ Olivia Benjamin
Olivia Benjamin
Assistant United States Attorney