**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KSENIIA PETROVA,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services,

CARRIE M. SELBY, Associate Director, Service Center Operations, U.S. Citizenship and Immigration Services,

Defendants.

Civil Action No. 1:26-13023-WGY

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME**
**<u>TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendants respectfully move this Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time, to November 6, 2026, to file a response to the Complaint filed by Plaintiff Kseniia Petrova ("Plaintiff"). Plaintiff assents to this Motion.

On June 30, 2026, Plaintiff filed a Complaint for Judicial Review under the Administrative Procedure Act ("Complaint"). The Complaint was served on the U.S. Attorney's Office for the District of Massachusetts on July 6, 2026. On August 28, 2026, Defendants filed an assented to motion seeking an extension to October 19, 2026, to respond to Plaintiff's Complaint. Doc. 5. This Court granted the assented-to motion. Doc. 6. On or about September 16, 2026, United States Citizenship and Immigration Services ("USCIS") issued a Notice of Intent to Deny ("NOID") seeking additional information for its review and vetting of Plaintiff's I-140 Immigration Petition. On September 28, 2026, Defendants filed an assented to motion seeking an

extension to November 2, 2026, to respond to Plaintiff's Complaint, Doc. 7, which this Court granted. Doc. 8.

The NOID allowed Plaintiff until October 19, 2026, to submit documents responsive to the NOID to USCIS and USCIS received documents from Plaintiff that day. Since then, USCIS has been reviewing the documents and adjudicating this matter. It is undersigned counsel's understanding that the agency is prepared to make a decision on Plaintiff's petition this week. However, the deadline to respond to Plaintiff's Complaint is November 2, 2026, and Defendants require sufficient time to prepare a response after learning of the agency's adjudication decision. Specifically, if the agency grants Plaintiff's petition, undersigned counsel assumes Plaintiff may voluntarily dismiss this case. However, if the agency denies Plaintiff's petition, counsel will likely file a motion to dismiss Plaintiff's Complaint. Undersigned counsel will be out of the office from Friday October 30 through Monday November 2, 2026, and also requires time to receive necessary agency approvals on any response to Plaintiff's Complaint. As such, a short extension would conserve both judicial resources and those of the parties.

WHEREFORE, Defendants respectfully request that this Court grant this motion and allow Defendants to file its Answer or other response to Plaintiff's Complaint no later than November 6, 2026. Plaintiff assents to this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Olivia Benjamin*
Olivia Benjamin
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3302
Olivia.Benjamin@usdoj.gov

Dated: October 27, 2026

## LOCAL RULE 7.1 CERTIFICATION

I, Olivia Benjamin, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiff in a good faith attempt to narrow or resolve the issues raised by this motion, and Plaintiff assents to the relief requested.

Dated: October 27, 2026 By: */s/ Olivia Benjamin*
Olivia Benjamin
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Olivia Benjamin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 27, 2026 By: */s/ Olivia Benjamin*
Olivia Benjamin
Assistant United States Attorney