**Declaration of Michael D. West, PhD**
**CEO, LifeCraft Sciences, Inc.**
**December 23, 2025**

My name is Dr. Michael David West. I am a cell and molecular biologist with more than forty (40) years of experience in biological and medical research, particularly in the fields of regenerative medicine and aging. I received my Ph.D. from Baylor College of Medicine in the Division of Molecular Virology, where I received formal training in virology and epidemiology. While I have participated in academic life as an adjunct professor at the University of California, Berkeley, the majority of my professional career has been devoted to drug development in the biotechnology industry.

I have founded or served as Chief Executive Officer of six public companies and have led the development of numerous therapeutic products, including several that remain in clinical trials, one that is currently approved by the U.S. Food and Drug Administration, and one marketed under the name RYTELO for the treatment of myelodysplastic syndrome. I am the author of more than seventy (70) peer-reviewed scientific publications and an inventor on more than four hundred (400) patents and patent applications filed worldwide. I have also testified on numerous occasions before the United States Congress as an expert in embryonic development and cell-based regenerative therapies.

I have never met Ms. Petrova, but I have reviewed her professional background, as well as her peer-reviewed scientific publications. Based on this review, I can confirm that Ms. Petrova possesses extraordinary ability in the area of computer science as applied to medical research, a discipline commonly referred to as bioinformatics. I believe Ms. Petrova's original contributions to the field of bioinformatics are of major significance. My opinion is based upon both her academic training and my careful review of her published work.

By way of example, Ms. Petrova is the first author of a paper published in the prestigious scientific journal Developmental Biology entitled "A Revised Single-Cell Transcriptomic Atlas of Xenopus Embryo Reveals New Differentiation Dynamics" (*Developmental Biology*, 2024, Vol. 511, pp. 76–83). First authorship indicates that Ms. Petrova played a leading role in the conception, execution, and analysis of the research. In this publication, she describes the mapping of molecular pathways that are fundamental to understanding embryonic development and tissue regeneration. Such knowledge is directly relevant to the development of novel therapies addressing one of the most significant challenges facing the United States: chronic, age-related degenerative diseases, including heart failure, stroke, arthritis, and numerous other serious medical conditions.

The Xenopus laboratory model is a well-established and widely accepted system for studying development and regeneration. I am the founder of an electronic database of developmental pathways, created in collaboration with scientists in Israel, known as LifeMap Discovery, for which approximately seven million dollars ($7,000,000) was invested to initiate a comprehensive pathway-mapping project in mice. A comparable mapping of development and regeneration in

Xenopus initiated by Ms. Petrova, is already advancing medical research and, in my professional opinion, will lead to therapies of enormous benefit to citizens of the United States.

Despite her relatively young age, Ms. Petrova has sustained international acclaim and her achievements have already been recognized by researchers in the biological and medical sciences as being of exceptional value. She is certainly one of that small percentage who have risen to the very top of her field. Her expertise would significantly contribute to the continued leadership of the United States in medical and biomedical research.

Michael D. West, PhD
CEO
LifeCraft Sciences, Inc.
Email: mwest@lifecraftsciences.com
Cell: (415) 755-5281

Your Location: Home Michael West Speaker Profile Michael West Biography

The Leading Speakers Bureau for Booking Top Entertainment, Celebrities, and Speakers.



# MICHAEL WEST

**Category :** Aging, Author, Entrepreneurship, Executive Leadership, Futurism, Genetics, Health & Wellness, Medicine, Non-Fiction Authors, Research & Exploration, Science, Technology

**Booking Fee Range :** Live Event: Please Contact Virtual Event: Please Contact

**Travels From :** San Francisco, CA, USA

See Similar Speakers

More About Michael Wes

## Michael West Biography

Michael D. West, PhD, is a gerontologist, who has devoted his entire career to unraveling the mysteries of longevity. West is a pioneer in stem cells, cellular aging and telomere research. He is the founder and CEO of AgeX which provide regenerative medicine clinical trials.

Dr. West joined AgeX's parent company, BioTime, as CEO in 2007, and he continues to serve as the company's co-CEO while devoting 80% of his time to AgeX. In 2014, he served as CEO of Asterias Biotherapeutics. From 1998 to 2007, he served as CEO, president and chief scientific officer of Advanced Cell Technology, which, as Ocata Therapeutics, was acquired by Astellas Pharma of Japan in early 2016.

In 1990 Dr. West founded Geron Corp, one of the first regenerative medicine companies, with backing from venture capital firms Kleiner Perkins, Venrock, and others. For the company's scientific team he recruited Drs. Elizabeth Blackburn, Carol

Check Availability For Michael West

Full Name *

Email Address *

Organization

Phone Number

Event Location

*Approximate Talent Budget**

AAE SPEAKERS

CONTACT US 888.985.364

West received a BS degree from Rensselaer Polytechnic Institute in 1976, an MS in biology from Andrews University in 1982, and a Ph.D. from Baylor College of Medicine in 1989, concentrating on the biology of cellular aging.

West has been a keynote speaker at events including World Stem Cell and is associated with 146 patents in the United States, Australia, Japan and elsewhere. He is the author of numerous papers in peer-reviewed scientific journals, and *The Immortal Cell: One Scientist's Quest to Solve the Mystery of Human Aging* (2003).

*All American Speakers Bureau is a full-service talent booking agency providing information on booking Michael West for speaking engagements, personal appearances and corporate events. Contact an All American Speakers Bureau booking agent for more information on Michael West speaking fees, availability, speech topics and cost to hire for your next live or virtual event.*

SUBMIT

## Need Instant Answers?

We are here to help! Call us to speak with a booking agent to discuss your event or specific speaker request.



**Connect with an agent:**

## Tag Cloud

michael west appearance fees special event corporate event keynote speaking contact celebrity favorite speaker bureaus hire schedule booking agency entertainment how to find famous recommended

888.985.3646

Booking Agency Disclaimer:

Popular Topics

Business Speakers
Celebrity Speakers
Diversity Speakers
Education Speakers
Health & Wellness
Leadership Speakers
Motivational Speakers
Political Speakers
Sales & Marketing
Sports Speakers
Technology
TED Speakers
University Speakers
Women Speakers

Talent Finder

Find a Speaker
Keynote Speaker Lists
Speakers by Fee
Speakers by Location
Speakers by Topics
Author Catalog
Entertainment Catalog
Music Catalog
Speakers Catalog
Sports Catalog

About AAE

About Us
AAE In The News
Testimonials
Speakers Bureau FAQs
Contact Us
Speaker News & Blog

Quick Links

Speakers Bureau Home
Request Booking Info
Event Planner Resources
View all Speakers
Weekly TV Shows Lineups
Client Login
Motivational Speakers Bure

AAE is one of the premier celebrity booking agencies and top keynote speakers bureaus in the world.
Let us help you find the perfect motivational speaker, celebrity, or entertainer for your next corporate event.

Contact Us

Copyright © 2025 All American Speakers Bureau. All rights reserved.

Sitemap | Privacy Po



Home About Dr. West Presentations Publications Contac

# Michael D. West, Ph. D.



Michael D. West, Ph. D., is a molecular gerontologist and entrepreneur having founded 10 biotechnology companies and acted in senior management of six public companies. Dr. West is a founder and CEO of LifeCraft Sciences. He was the founder and CEO of AgeX Therapeutics (now Serina Therapeutics (NYSE: American: SER)). Prior to that, he was CEO of BioTime, Inc., (now Lineage Cell Therapeutics (NYSE American: LCTX)), and prior to that CEO of Advanced Cell Technology (ACT) (now Astellas Inst. for Regenerative Medicine). Prior that, Dr. West was founder, director, and CEO, and CSO of Geron Corporation (Nasdaq: GERN), where he pioneered and managed programs in telomere biology relating to aging and cancer, and founded the field of regenerative medicine by leading the first isolation of human pluripotent stem cells. In their telomerase research, West and colleagues at Geron cloned the RNA component of telomerase and subsequently collaborated with Thomas Cech (winner of 1989 Nobel Prize in Chemistry), with whom they cloned the catalytic component of the enzyme.

# Early Life and Education

Dr. West was born in Niles, Michigan, to a wealthy family which ran an automobile leasing business. After graduating from Niles Senior High School, West earned a BS in psychology from the Rensselaer Polytechnic Institute in 1976. He then returned to Niles to help run the family business before resuming academic studies. He earned an MS in biology from Andrews University in 1982. That same year, he joined the laboratory of Samuel Goldstein, a molecular gerontologist at the University of Arkansas at Little Rock, and began to research the molecular biology of aging. Following a clash with Goldstein over a series of experiments in which he demonstrated that results which Goldstein had published in Cell were experimental artifacts, he transferred to the Baylor College of Medicine, where he worked in the laboratory of another molecular gerontologist, James Smith, and graduated with a PhD in cell biology in 1989. He did postdoctoral research at the University of Texas Southwestern Medical Center.

# Presentations

Presentation at Longevity Summit Dublin 2022 - video

# Publications

West MD, Sternberg H, Labat I, Janus J, Chapman KB, Malik NN, de Grey AD, Larocca D.; Toward a unified theory of aging and regeneration.; Regen Med. 2019 Sep;14(9):867-886. doi: 10.2217/rme-2019-0062. Epub 2019 Aug 28.

West MD, Chang CF, Larocca D, Li J, Jiang J, Sim P, Labat I, Chapman KB, Wong KE, Nicoll J, Van Kanegan MJ, de Grey ADNJ, Nasonkin IO, Stahl A, Sternberg H.; Clonal derivation of white and brown adipocyte progenitor cell lines from human pluripotent stem cells.; Stem Cell Res Ther. 2019 Jan 8;10(1):7. doi: 10.1186/s13287-018-1087-7.

West MD, Labat I, Sternberg H, Larocca D, Nasonkin I, Chapman KB, Singh R, Makarev E, Aliper A, Kazennov A, Alekseenko A, Shuvalov N, Cheskidova E, Alekseev A, Artemov A, Putin E, Mamoshina P, Pryanichnikov N, Larocca J, Copeland K, Izumchenko E, Korzinkin M, Zhavoronkov; Use of deep neural network ensembles to identify embryonic-fetal transition markers: repression of COX7A1 in embryonic and cancer cells.; A.Oncotarget. 2017 Dec 28;9(8):7796-7811. doi: 10.18632/oncotarget.23748. eCollection 2018 Jan 30.