COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

DEPARTMENT OF BIOLOGICAL SCIENCES

October 15, 2026

U.S. Citizenship and Immigration Services
**Re: Kseniia Petrova's Petition for Classification as an Individual of Extraordinary Ability**

To Whom It May Concern:

I am writing in support of Ms. Kseniia Petrova's petition for classification as an individual of extraordinary ability. I am University Professor in the Department of Biological Sciences at Columbia University. My research has focused on nervous-system development and function, and I shared the 2008 Nobel Prize for the discovery and development of green fluorescent protein as a biological marker. Furthermore, I served as president of the Society for Developmental Biology in 2014 and of the American Society for Cell Biology in 2022, two areas represented by Ms. Petrova's work. I have been asked to provide an independent scientific assessment of Ms. Petrova's work and its recognition within the scientific community.

I have never supervised, collaborated with, or met Ms. Petrova. My assessment is based on my reading of her six published papers (as listed in her curriculum vita).

I understand that USCIS has determined that Ms. Petrova satisfies four of the regulatory evidentiary criteria but has nonetheless stated in its Notice of Intent to Deny that the record does not establish the required level of sustained national or international acclaim. I understand that the satisfaction of any particular criterion does not by itself demonstrate the highest level of achievement, but neither should the recognition reflected in those criteria be treated as disconnected or insignificant. The question is what the evidence, considered together and in the context of the field, shows about the standing and recognition of the scientist's work.

This issue often arises in evaluating the work of computational scientists working with biologists as Ms. Petrova has done. The 21st century has been called the century of biology because of the new information and approaches that are possible in this area. Among these new approaches are those from outside traditional biology, biochemistry, and molecular biology that utilize physics, engineering, and most of all computer sciences. Computational methods are revolutionizing the biological sciences, especially regarding working with large sets of data. Biologists wishing to advance their fields must partner with computational biologists. Often, however, these essential contributions to research relegate computational scientists to internal author positions on published papers. The irony here is that without these efforts (as I have seen in my own research) the work could not be done. Thus, internal authorship often hides crucial and groundbreaking expertise.

COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

DEPARTMENT OF BIOLOGICAL SCIENCES

Thus, although Ms. Petrova is first author on one published work, her contributions to all six published papers was crucial. I was struck by the variety and the sophistication of all the published work. While I will not comment on all her work, I will try to give an impression of its uniqueness. Her first-author paper [A new atlas to study embryonic cell types in Xenopus (2024) *Develop. Biol.* **511**: 76-83, 2024] not only makes new discoveries of cell types in an important model for developmental biology (particularly in germ cells), it also lays the foundations for many new experiments and discoveries in the future. Understanding the development of any organism in detail starts with knowing the "parts list," the cellular makeup of the tissues. Ms. Petrova has given researchers the most detailed parts list and has shown what insights it can provide especially after modifications [as seen also in Campion et al. (2025) Sperm derived H2AK119ub1 is required for embryonic development in *Xenopus laevis*. *Nature Comm.* doi:10.1101/2024.04.23.590676v2]. This work is a fundamental advance in the developmental biology of *Xenopus* species, a major tool for understanding vertebrate (including human) development.

Critical in this work is Ms. Petrova's development of the program SymphonyPy. Although I am not a computational biologist and cannot comment on the details of the program, I believe that its impact is clear. In the past, researchers have defined cell types by clustering cells with given expression patterns. SymphonyPy takes gene expression data from individual cells and identifies the cell type allowing the identification of cellular changes, for example, because of disease, environmental conditions, and development. As I understand the program, it allows for a fine-grained (at the level of single cells) analysis of biological events.

Her other publications show her unique strengths in bringing computational analysis to a variety of problems. I was particularly impressed by the work on the epigenetic clock in *Xenopus tropicalis*. Epigenetics is the study of the non-mutational changes to the genetic material. In recent years researchers have come to see these changes, which affect how genes are turned on and off, as important indicators of changes in development. Ms. Petrova's paper [Bennett et al. (2025) An epigenetic clock for *Xenopus tropicalis* reveals age-associated sites enriched in H4K20me3-marked heterochromatin *Nature NPJ Aging* **11**: doi:10.1038/s41514-025-00236-x] produces a new and exciting model to analyze these changes as an animal develops and ages. The discussion of this paper presents several particularly exciting advantages that this new system can provide (such as modifications during male and female development).

I was also impressed by the work on the water flea *Daphnia magna*. Eduardo Macagno and Cyrus Levinthal (later colleagues in my department) used this animal to study nerve cell development in the 1970s, but their studies were limited by the methods available at the time. Ms. Petrova's efforts [Krishnan et al. (2025) Single cell transcriptome defines cell type repertoire of adult *Daphnia magna*. *Genetics* **232**: iyaf234] now brings this important biological system into the modern age by identifying the cells in the males and females. Again, this foundation, that could not have been done without her efforts, will provide numerous discoveries in the years ahead.

COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

DEPARTMENT OF BIOLOGICAL SCIENCES

Ms. Petrova is really at the beginning of her career and yet has achieved much. For these reasons, it is my opinion that Ms. Petrova has achieved sustained national and international acclaim, that her achievements have been recognized in the field of bioinformatics, and that she is among the small percentage of scientists who have risen to the very top of that field. I therefore strongly support approval of her petition for classification as an individual of extraordinary ability. Frankly, I would welcome her as a colleague here at Columbia and as a potential collaborator.

Sincerely,

Martin Chalfie, Ph.D.
University Professor
2008 Nobel Prize in Chemistry

Department of Biological Sciences
Columbia University
phone: (212)-854-8870
email: mc21@columbia.edu